IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRADLEY BRAND FURNITURE, LLC                                    PLAINTIFF

    v.             Civil No. 12-1026

BRADLEY LUMBER COMPANY, *et al.*                                DEFENDANTS

## ORDER

Now on this 22nd day of June 2012, there comes on for consideration Separate Defendant Webster Business Credit Corp.'s Motion to Dismiss (doc. 5) and supporting brief (doc. 6). Separate Defendant moves the Court to dismiss Plaintiff's Complaint as it was not filed by a licensed attorney, among other reasons. Plaintiff failed to respond to the motion.

Plaintiff's Complaint states it is proceeding *pro se* and is only signed by its owner and officer, Keith Chambers, not a licensed attorney. The law is well settled that a corporation must be represented by a licensed attorney. *See Carr Enterprises, Inc. v. U.S.*, 698 F.2d 952 (8th Cir. 1983). The Court, being well and sufficiently advised, and Plaintiff having filed no objection, finds the Motion (doc. 5) should be GRANTED and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of June, 2012.

                                      */s/ Robert T. Dawson*
                                      HONORABLE ROBERT T. DAWSON
                                      UNITED STATES DISTRICT JUDGE